(2) The December 20, 2000 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) If Bieber obtains counsel, Bieber's formal brief is due within 30 days of the date of filing of this order. If Bieber does not obtain counsel, Bieber's informal brief is due within 21 days of the date of filing of this order.

(4) Bieber's motion for an extension of time is moot.

(2) The revised official caption is reflected above.

(3) Each side shall bear its own costs.

---

James E. LONAKER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 99–7165.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2001.

ON MOTION

*ORDER*

James E. Lonaker moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

Madhukar S. BANDISODE, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 01–3088.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2001.

ON MOTION

*ORDER*

Upon consideration of Madhukar S. Bandisode's unopposed motion to dismiss his petition for review,

IT IS ORDERED THAT:

(1) The petition is dismissed.

(2) Each side shall bear its own costs.

